# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN DRYDEN,<br>    Petitioner,<br>vs.<br>JAMES DZURENDA, et al.,<br>    Respondents. | Case No. 2:17-cv-00704-JAD-NJK<br><br>**ORDER**<br>[ECF No. 8] |

Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 8), and good cause appearing;

IT IS THEREFORE ORDERED that petitioner's unopposed motion for extension of time (first request) **[ECF No. 8] is GRANTED**. Petitioner has until and including February 19, 2018, to file a first amended petition for writ of habeas corpus.

DATED: November 29, 2017

_____
JENNIFER A. DORSEY
United States District Judge