# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Bryan Dryden, | Case No.: 2:17-cv-00704-JAD-NJK |
| Petitioner | **Order Extending Time** |
| v. | [ECF No. 13] |
| James Dzurenda, | |
| Respondents | |

Counseled petitioner Bryan Dryden requests a two-week extension of time to file a first-amended petition for a writ of habeas corpus.[1] Although this is his third request, it is unopposed. By failing to oppose the motion, respondents consent to it being granted.[2] Accordingly, IT IS HEREBY ORDERED that Dryden's unopposed motion for an extension of time (third request) **[ECF No. 13] is GRANTED**. Dryden has **until June 4, 2018, to file an amended petition for a writ of habeas corpus.**

Dated: May 21, 2018

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 13.

[2] L.R. 7-2(d).