# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BRYAN DRYDEN,

    Petitioner

    v.

JAMES DZURENDA, et al.,

    Respondents

Case No. 2:17-cv-00704-JAD-NJK

**Order directing response to petition**

Having reviewed petitioner Bryan Dryden's first amended petition[1] as required by Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, I direct the respondents to file a response.

IT THEREFORE IS ORDERED that **respondents have until November 29, 2018, to answer or otherwise respond to the amended petition. If that response is an answer,** respondents must comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, and **petitioner will have 45 days** from the date on which the answer is served **to file a reply**; **if that response is a motion, petitioner will have 28 days** from the date of service of the motion **to file a response** to the motion, and respondents then will have 14 days to file a reply.

Respondents must raise all potential affirmative defenses—including lack of exhaustion and procedural default—in their initial responsive pleading. Successive motions to dismiss will not be entertained.

Dated: October 15, 2018

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 15.