# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN DRYDEN, | Case No. 2:17-cv-00704-JAD-NJK |
| Petitioner, | **ORDER** |
| v. | |
| JAMES DZURENDA, et al., | |
| Respondents. | |

Respondents having filed an unopposed motion for extension of time (first request) (ECF No. 17), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for extension of time (first request) (ECF No. 17) is **GRANTED**. Respondents will have through February 12, 2019, to file a response to the first amended petition (ECF No. 15).

Dated: December 3, 2018.

_____
JENNIFER A. DORSEY
United States District Judge