# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Bryan Dryden,

    Petitioner

v.

James Dzurenda, et al.,

    Respondents

2:17-cv-00704-JAD-NJK

**Order Granting Extension**

[ECF No. 20]

Respondents move for a second extension[1] of their deadline to respond to the Amended Petition.[2] The motion is unopposed. Good cause appearing,

IT IS HEREBY ORDERED that respondents' motion for extension of time (second request) **[ECF No. 20] is GRANTED. Respondents' deadline to respond to the amended petition [ECF No. 15] is extended to April 15, 2019.**

Dated: February 19, 2019

                                                                           U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 20.

[2] ECF No. 15.