# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Bryan Dryden, | Case No. 2:17-cv-00704-JAD-NJK |
| Petitioner | |
| v. | **Order Granting Motion to Extend Time** |
| James Dzurenda, *et al.*, | [ECF No. 30] |
| Respondents | |

Petitioner Bryan Dryden moves to extend his deadline to oppose the pending motion to dismiss.[1] Counsel explains that an additional 60 days is needed due to counsel's workload.[2] Counsel further represents that respondents' counsel does not oppose the extension.

Good cause appearing, IT IS THEREFORE ORDERED that the motion to extend time **[ECF No. 30] is GRANTED;** petitioner's deadline to respond to the motion to dismiss [ECF No. 22] is extended to September 10, 2019. However, petitioner is cautioned that workload will not constitute good cause for further extension of this deadline.

Dated: July 16, 2019

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 22.
[2] ECF No. 30.

2