# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Bryan Dryden, | Case No. 2:17-cv-00704-JAD-NJK |
| Petitioner | |
| v. | **Order Granting Motion to Extend Time** |
| Brian Williams, *et al.*, | [ECF No. 33] |
| Respondents | |

Respondents move to extend time to file their reply in support of their motion to dismiss. Counsel explains that she needs an additional 30 days due to a number of delays and additional time demands.[1] Good cause appearing, IT IS HEREBY ORDERED that the motion to extend time **[ECF No. 33] is GRANTED;** respondents' deadline to file their reply brief is extended to October 24, 2019.

Dated: October 9, 2019

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. __.