# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

BRYAN DRYDEN,

          Petitioner

    v.

BRIAN E. WILLIAMS, et al.,

          Respondents

Case No. 2:17-cv-00704-JAD-NJK

**Order Granting Motion for
Extension of Time**

[ECF No. 37]

      Petitioner moves to extend his time to file the response required by the order granting in part respondents' motion to dismiss.[1]  Counsel explains that additional time is needed to receive petitioner's signed declaration in the mail.  Good cause appearing, IT IS HEREBY ORDERED that the motion for extension of time **[ECF No. 37] is GRANTED**; petitioner's deadline to file the response to the order granting in part respondents' motion to dismiss is extended to February 3, 2020, making his January 28, 2020, notice timely.

      Dated: February 7, 2020,
      *nunc pro tunc* to January 23, 2020

                                          
                  U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 36.