# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Bryan Dryden,

     Petitioner

 v.

Brian E. Williams, *et al.*,

     Respondents

Case No. 2:17-cv-00704-JAD-NJK

**Order Granting Unopposed Motion for Enlargement of Time**

ECF No. 47

  Petitioner Bryan Dryden brings this first amended petition for federal habeas corpus relief under 28 U.S.C. § 2254 to challenge his state-court conviction for second-degree murder.[1] Respondents were directed to file an answer by May 18, 2020.[2] Respondents now move to extend the time to file an answer because of an unexpected order from the Ninth Circuit to respond to a petition for rehearing.[3] The motion is unopposed. Good cause appearing,

  **IT IS ORDERED** that the Unopposed Motion for Enlargement of Time **[ECF No. 47] is GRANTED. Respondents' deadline to file an answer to the amended petition for writ of habeas corpus is extended to May 28, 2020.**

  Dated: May 19, 2020

                        _____
                        U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 15.
[2] ECF No. 46.
[3] ECF No. 47.