# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Bryan Dryden,

          Petitioner

  v.

Brian E. Williams, *et al.*,

          Respondents

Case No. 2:17-cv-00704-JAD-NJK

**Order Granting Unopposed Motion for Extension of Time**

ECF No. 50

Petitioner Bryan Dryden brings this first amended petition for federal habeas corpus relief under 28 U.S.C. § 2254 to challenge his state-court conviction for second-degree murder.[1] Dryden's reply to respondent's answer is due June 29, 2020. Dryden now moves to extend the time to file a reply because of pending deadlines in other cases and continued disruption due to the COVID-19 pandemic.[2] The motion is unopposed. Good cause appearing,

IT IS HEREBY ORDERED that the Unopposed Motion for Extension of Time **[ECF No. 50] is GRANTED. Petitioner's deadline to file a reply to the answer to the amended petition for writ of habeas corpus is extended to August 28, 2020.**

Dated: July 8, 2020,
   *nunc pro tunc to June 29, 2020*

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 15.
[2] ECF No. 50.