# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Bryan Dryden,

            Petitioner

    v.

Brian E. Williams, *et al.*,

            Respondents

Case No. 2:17-cv-00704-JAD-NJK

**Order Granting Unopposed Motion for Extension of Time**

ECF No. 50

    Petitioner Bryan Dryden brings this first amended petition for federal habeas corpus relief under 28 U.S.C. § 2254 to challenge his state-court conviction for second-degree murder.[1] Dryden's reply to respondent's answer was due August 28, 2020, but Dryden timely moved to extend that deadline because of pending deadlines in other cases and continued disruption due to the COVID-19 pandemic.[2] The motion is unopposed. Good cause appearing,

    **IT IS HEREBY ORDERED** that the Unopposed Motion for Extension of Time **[ECF No. 54] is GRANTED** *nunc pro tunc* **to August 28, 2020. Petitioner's deadline to file a reply to the answer to the amended petition for writ of habeas corpus is extended to October 27, 2020.**

    Dated: August 31, 2020

                                                      U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 15.

[2] ECF No. 54.