# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Bryan Dryden,

             Petitioner

   v.

Brian E. Williams, *et al.*,

             Respondents

Case No. 2:17-cv-00704-JAD-NJK

**Order Granting Unopposed Motion for Extension of Time**

ECF No. 56

    Petitioner Bryan Dryden brings this first amended petition for federal habeas corpus relief under 28 U.S.C. § 2254 to challenge his state-court conviction for second-degree murder.[1] Dryden's reply to respondent's answer was due October 27, 2020.  Dryden now moves to extend the time to file a reply because hearings in other cases and treatment for a back injury consumed the available time.[2]  The motion is unopposed.

    Good cause appearing, **IT IS HEREBY ORDERED** that the Unopposed Motion for Extension of Time **[ECF No. 56] is GRANTED.  Petitioner's deadline to file a reply to the answer to the amended petition for writ of habeas corpus is extended to December 28, 2020.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 28, 2020
*Nunc pro tunc to October 27, 2020*

---

[1] ECF No. 15.
[2] ECF No. 56.