UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Bryan Dryden,

          Petitioner

    v.

Brian E. Williams, *et al.*,

          Respondents

Case No. 2:17-cv-00704-JAD-NJK

**Order Directing Respondents to File Missing Exhibit Pages**

    Petitioner Bryan Dryden brings this petition for federal habeas corpus relief under 28 U.S.C. § 2254 to challenge his state-court conviction for second-degree murder. This matter is poised for merits review, but pages are missing from the transcript of proceedings held in the state district court on February 7, 2011.[1] It also appears that the full transcript of those proceedings was presented to the Nevada Supreme Court in appellant's appendix for his direct appeal.

    Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts and Local Rule LSR 3-3(a) put the burden on the respondents to file the necessary exhibits. The Ninth Circuit has emphasized that district courts reviewing habeas matters must independently review the relevant state-court record materials.[2] For this court to do so in this action, it needs the missing pages of this exhibit.

    So IT IS ORDERED that the **respondents have until February 28, 2022, to file a corrected Exhibit 72 that includes the missing pages.**

                                                  _____
                                                  U.S. District Judge Jennifer A. Dorsey
                                                  Dated: February 17, 2022

---

[1] Exhibit 72; ECF No. 24-33.

[2] *See Nasby v. McDaniel*, 853 F.3d 1049 (9th Cir. 2017).