# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Bryan Dryden, | Case No. 2:17-cv-00704-JAD-NJK |
| Petitioner | **Order Denying Motion to Appeal and Denying Motion for Appointment of Counsel** |
| v. | |
| Calvin Johnson, et al., | [ECF Nos. 73, 74] |
| Respondents | |

On March 23, 2022, I denied Petitioner Bryan Dryden's petition for writ of habeas corpus under 28 U.S.C. § 2254.[1] Dryden appealed, and the Ninth Circuit Court of Appeals denied Dryden a certificate of appealability on October 27, 2022.[2] The Ninth Circuit Court of Appeals then granted Dryden's counsel's motion to withdraw.[3]

Dryden has filed a motion to appeal, explaining that the state district court denied his ability to file a second or successive state habeas petition and asking this court to order the state district court to allow him to do so.[4] Dryden has also filed a request for appointment of counsel.[5]

This case is closed, so there is no basis to grant Dryden's motion for the appointment of counsel. And if Dryden wishes to appeal a state district court order, he must file an appeal with the Nevada Supreme Court, not file a motion in this court.[6]

---

[1] ECF No. 63.
[2] ECF No. 68.
[3] ECF No. 69.
[4] ECF No. 73.
[5] ECF No. 74.
[6] If Dryden desires to file a second or successive federal habeas petition in this court, he must first file a motion with the Ninth Circuit Court of Appeals requesting authorization for this court to consider such a second or successive federal habeas petition. *See* 28 U.S.C. § 2244(b)(3)(A).

1       IT IS THEREFORE ORDERED that the motion to appeal **[ECF No. 73]** and motion for
2 appointment of counsel **[ECF No. 74] ARE DENIED**.

3       IT IS FURTHER ORDERED that, to the extent required, a certificate of appealability is
4 denied.

5     Dated: May 21, 2023

6                                          _____
                                         U.S. District Judge Jennifer A. Dorsey